# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

TOMMY RAY ELPS, JR,                                                                                         PLAINTIFF
ADC #144914

v.                                      No. 5:11CV00165 JLH/JTR

JACKIE LEWIS, Program Director,
Dermott Juvenile Treatment Facility, *et al*.                                              DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 9th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE